UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARADISE MORGAN,

          Plaintiff,

- against -

ACADEMY MUSEUM FOUNDATION,

          Defendant.

---

25-cv-2299 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 26, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           March 26, 2025

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                                United States District Judge